ACCEPTED
01-15-00443-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 4:34:23 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00443-CR

In the
# Court of Appeals
For the
# First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 4:34:23 PM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

No. 1441765
In the 230th Criminal District Court
Of Harris County, Texas

———————◆———————

## RUBEN GARCIA CANTU
*Appellant*
V.
## THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1.   Appellant was charged by indictment with possession of marijuana in a useable quantity of more than four ounces and less than five pounds.

2.	After appellant's motion to suppress was denied, appellant entered a plea of "guilty."

3.	In accordance with a plea agreement with the State, appellant was sentenced to four years' probation.

4.	Appellant filed a written notice of appeal on May 12, 2015.

5.	Appellant's brief was filed August 31, 2015.

6.	The State's brief was due September 30, 2015.

7.	The State seeks an extension until today file its brief on this case.

8.	The undersigned attorney also filed three briefs in the last 30 days and five more due in the next 30 days.

9.	The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until November 30, 2015.

Respectfully submitted,

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002
713.274.5826
Texas Bar No. 24025227
holloway_bridget@dao.hctx.net

## CERTIFICATE OF SERVICE

This certifies the undersigned attorney requested that a copy of this document be served to appellant's attorneys via TexFile at the following email on November 30, 2015:

Mandy Miller
Attorney for Appellant
Email: mandy@mandymillerlegal.com

/s/ *Bridget Holloway*

**BRIDGET HOLLOWAY**
Assistant District Attorney
Harris County, Texas
Harris County Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002
713.274.5826
Texas Bar No. 24025227
holloway_bridget@dao.hctx.net